United States District Court
Southern District of Texas
**ENTERED**
April 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL RAY WEST, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-181 |
| | § | |
| BEEVILLE COUNTY JAIL, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has received the Magistrate Judge's October 4, 2017, Memorandum and Recommendation ("M&R"), Dkt. No. 30, and Plaintiff's objections to the M&R, Dkt. No. 35.[1]

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 30. Accordingly, the Court:

- **RETAINS** Plaintiff's deliberate-indifference claims against (1) Medical Provider Lori Hudson, Nurse Donna Pfannstiel, Nurse Vicky Crumbliss, Nurse Jessica Espinoza, Nurse Candis Gonzalez, and Nurse Donna Randall in their individual capacities; and (2) Senior Medical Practice Manager Tanya Lawson in her official capacity for injunctive relief;

- **DISMISSES** Plaintiff's claims for money damages against all Defendants in their official capacities as barred by the Eleventh Amendment;

- **DISMISSES WITHOUT PREJUDICE** Beeville County Jail, Warden Miguel L. Martinez, Assistant Warden Corey Furr, Assistant Warden Kenneth H. Putnam, and former McConnell Unit Warden Matt Barber as defendants; and

---

[1] Although Plaintiff's filing is styled as a "Response to Defendants Motion for Dismissal," the Court construes it as objections to the M&R.

- **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against the remaining defendants for failure to state a claim and/or as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

This case will therefore continue to proceed before the Magistrate Judge.

SIGNED this 13th day of April, 2018.

Hilda Tagle
Senior United States District Judge