United States District Court
Southern District of Texas
**ENTERED**
June 05, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL RAY WEST, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-181 |
| § | |
| BEEVILLE COUNTY JAIL, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court is in receipt of Defendants' Motion for Summary Judgment, Dkt. No. 63; Plaintiff's Responses to Defendants' Motion, Dkt. Nos. 68, 72; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 79; the Magistrate Judge's Show-Cause Order, Dkt. No. 78; and Plaintiff's Objections to the M&R, Dkt. No. 83.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 79, and therefore **GRANTS** Defendants' Motion for Summary Judgment, Dkt. No. 63. Accordingly, Plaintiff's Eighth Amendment claims against Defendant Candis Gonzalez are **DISMISSED WITHOUT PREJUDICE**, and all other claims are **DISMISSED WITH PREJUDICE**.

Final judgment will be entered separately.

SIGNED this 5th day of June, 2019.

Hilda Tagle
Senior United States District Judge